UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. |
| | § | |
| Roberto Coin Dragon Collection Limited | § | |
| Edition #5 of 10 rose and wg bangle | § | |
| w/2.52 cttw diamond, et al., | § | |
| Defendants. | § | |

COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this action for forfeiture and alleges upon information and belief:

Nature of Action

1. This civil forfeiture action in rem is brought under 21 U.S.C. § 881(a)(6), which provides for the forfeiture of all moneys furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act (21 U.S.C. § 801, *et seq.*), all proceeds traceable to such an exchange, and all moneys used or intended to be used to facilitate any violation of the Controlled Substances Act.

Jurisdiction and Venue

2. This Court has subject-matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper in the Southern District of Texas under 28 U.S.C. §§ 1355, 1391, and 1395.

## Defendant Property

4. The Defendants are:

A. Roberto Coin Dragon Collection Limited Edition #5 of 10 rose and wg bangle w/2.52 cttw diamond;

B. Roberto Coin Year of the Snake diamond, emerald and ruby cobra necklace in 18k white gold 153.7 gm tw; and,

C. Kwait 18 k white gold diamond approx. 33 ct and 7 ct Cabochon Ruby center stone bracelet 98.9gm tw.

(Collectively "Defendant Properties"). Law enforcement officers seized Defendant Properties on or about October 6, 2017, from the residence of Armando Garcia-Heredia (hereinafter Garcia-Heredia) and Linda Betsy Cerda (hereinafter "Cerda") in Mission, Texas.

The Defendant Properties are in the custody of the United States Marshals Service.

5. Saul Sanchez (hereinafter "Sanchez"), owner of a jewelry store in McAllen, Texas, filed a claim with the United States Drug Enforcement Administration ("DEA") contesting the administrative forfeiture of the Defendant Properties. Sanchez stated that he is the owner and/or creditor of the Defendant Properties.

## Factual Basis

6. Garcia-Heredia has links to drug cartels in Mexico and has been involved in narcotics trafficking for more than twenty years.

7.  On or between 2010 and 2017, Garcia-Heredia coordinated the transportation of multi-kilogram quantities of cocaine from Mission, Texas to Chicago, Illinois. He also coordinated the transfer of over $3.2 million in illegal drug proceeds from Chicago to South Texas.

8.  On or about October 6, 2017, law enforcement officers in Chicago arrested Garcia-Heredia and five others for drug trafficking. The officers seized approximately 200 kilograms of cocaine and approximately $200,000.00 in U.S. currency from Garcia-Heredia and five other individuals at the time of the arrests. Garcia-Heredia was charged with drug trafficking charges in the Northern District of Illinois and is awaiting trial.

9.  On or about October 6, 2017, law enforcement officers searched the residence of Garcia-Heredia and Cerda pursuant to a court-ordered search warrant. They seized the Defendant Properties and other assorted necklaces and bracelets containing jewels and precious metals.

10. On or between June 2013 and November 2014, Cerda purchases Defendant Properties from Saul Sanchez's jewelry store in McAllen, Texas.

11. The investigation determined that Cerda is not employed and does not have sufficient reported legitimate income to purchase that Defendant Property and aforementioned jewelry from Sanchez.

12. The Defendant Properties: (1) Roberto Coin Dragon Collection Limited Edition #5 of 10 rose and wg bangle w/2.52 cttw diamond; (2) Roberto Coin Year of the Snake diamond, emerald and ruby cobra necklace in 18k white gold 153.7 gm tw; (3) and, Kwait 18 k white gold diamond approx. 33 ct and 7 ct Cabochon Ruby center stone bracelet

98.9gm tw, constitute moneys furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act (21 U.S.C. § 801, *et seq.*), proceeds traceable to such an exchange, or moneys used or intended to be used to facilitate any violation of the Controlled Substances Act.

## Notice to Any Potential Claimants

YOU ARE HEREBY NOTIFIED that if you assert an interest in Defendant Properties which are subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than thirty-five days from the date this Complaint has been sent in accordance with Rule G94)(b).

An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty-one (21) days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas at United States Courthouse 1701 West Business Highway 83, Suite 1011, McAllen, TX 78501, and a copy must be served upon the undersigned Assistant United Sates Attorney at the United Sates Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

## Prayer

Wherefore, the United States of America prays that judgment of forfeiture be entered against Defendant Properties in favor of the United States of America under 21

U.S.C. § 881(a)(6) and 21 U.S.C. § 881(a)(4) and for such costs and other relief to which the United States of America may be entitled.

        Respectfully submitted,

        Ryan K. Patrick
        United States Attorney

By:   s/Abe Martinez
        Assistant United States Attorney
        Southern District of Texas
        1000 Louisiana, Suite 2300
        Houston, TX 77002
        (713) 567-9349 (office)
        abe.martinez@usdoj.gov

## Verification

I, George S. Negrete, a Special Agent employed by the Drug Enforcement Administration, hereby verity under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Complaint For Forfeiture In Rem are based upon either personal knowledge or from information, reports, or records obtained during investigation and from other law enforcement personnel, and are true and correct to the best of my knowledge and belief.

Executed on this 6th day of June, 2018.

_____
George S. Negrete
Special Agent
Drug Enforcement Administration